IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:16-cv-327-FL

JAMIE BLACKBURN,

    Plaintiff

v.

TRANSAMERICA LIFE INSURANCE COMPANY,

    Defendant.

**ORDER ON MOTION TO SEAL**

    Presently before the Court is Defendant Transamerica Life Insurance Company's Motion to Seal the following documents:

    (1)    Exhibit A and Exhibit B to Notice of Removal (Doc. No. 1) that was filed on September 21, 2016; and

    (2)    Exhibit 1 to Answer to Complaint and Counterclaim (Doc. No. 3) that was filed on September 21, 2016.

    In order to comply with Rule 5.2 of the Federal Rules of Civil Procedure, and for good cause shown, IT IS ORDERED that Defendant's motion to seal is GRANTED.

    This the 23rd day of September, 2016.

                                                                           _____
                                                                                 United States District Judge